# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| Alnawars Company ) | ASBCA No. 59763-958 |
| ) | |
| Under Contract No. W91GET-07-M-1686 ) | |

APPEARANCE FOR THE PETITIONER:      Mr. Buraier Yassen
      Owner

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
      CPT Cali Y. Kim, JA
      Trial Attorney

## DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision. The contracting officer issued a decision on 22 January 2015.

Accordingly, this petition is dismissed as moot.

Dated: 3 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59763-958, Petition of Alnawars Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals